```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/02/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY MERCER,

                Plaintiff,

-against-

YMCA OF GREATER BOSTON, INC.,

                Defendant.

1:20-cv-06038-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

      It having been reported to this Court by the parties that the parties in this case have reached a settlement in principle, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **November 2, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: October 2, 2020
      New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**