

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpalaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

November 2, 2020

U.S. District Judge Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**    *Mercer v. YMCA of Greater Boston, Inc.*, **Case No.: 1:20-cv-6038-MKV**

Dear District Judge Vyskocil:

    Please be advised that this office represents the Plaintiff Stacey Mercer ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. A settlement agreement has been drafted and is being reviewed by the parties for execution, which the parties anticipate will take place within the next thirty (30) days. Respectfully, we are requesting together with counsel for the defendant a stay of all deadlines and conferences, for an additional thirty (30) days so that the parties can finalize the settlement.

    We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

The parties' request to extend the deadline to restore this action to the Court's calendar for an additional 30 days until December 2, 2020, is HEREBY GRANTED.

SO ORDERED.

Date: 11/2/2020
New York, New York

*Mary Kay Vyskocil*
United States District Judge

    cc:    Michael D. DeMeola, Esq. *(via CM/ECF)*